IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

NICASIO CUEVAS QUILES, III,
THYLONIUS EDWARDS, ANTONIO
MCCARROLL, DEVON SHUMPERT,
and ROBERT H. DOLGNER,

      Plaintiffs,

v.

QUALA CHAMPAGNE, MARIA SILAO-
JOHNSON, MAKDA FESSAHAYE,
DAVID HICKS, SHIRLEY B., and
DR. EUGENE P. BURKE,

      Defendants.

Case No.  20-cv-1128-wmc

JUDGMENT IN A CIVIL CASE

      IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case without prejudice.

    /s/
Peter Oppeneer, Clerk of Court

1/8/2021
Date